UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-674 |
| MANUEL FERRETE-CAMESELLA | : | <u>ORDER</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney) and having moved before the Honorable Judge Walls, United States District Judge, for an order that the previous sentence imposed on defendant Manuel Ferrete-Camesella be reduced pursuant to Fed. R. Crim. P. 35(b)(1);

AND THE COURT HAVING GRANTED THE MOTION;

IT IS on this 25 day of _____, 2011,

ORDERED that the term of incarceration previously imposed on defendant is hereby reduced from 46 months to 30 months.

ORDERED that all other terms of the sentence remain the same.

_____
HON. WILLIAM H. WALLS
United States District Judge